$7,084.WAR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $7,084.00 UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 03-00026 <br><br> **WARRANT OF ARREST IN REM** |

TO: UNITED STATES MARSHALS OR ANY AUTHORIZED ENFORCEMENT OFFICERS

**WHEREAS,** a verified complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

**NOW, THEREFORE,** we do hereby command that you seize the property, which is described as $7,084.00 in United States Currency, presently on deposit with the Drug Enforcement Administration, Guam Office, and detain the same in your custody until further order of the Court respecting the same.

All persons claiming an interest in said property must file their claims, pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days after

-1-

the execution of the warrant or actual notice of this action, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, 4th Floor, United States District Court, 520 West Soledad Avenue, Agana, Guam 96910.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

You are also commanded to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

DATED this 11th day of July, 2003.

UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

WARRANT WAS NOT EXECUTED. THEREFORE, IT IS BEING RETURNED FOR FILING PURPOSES.

DATED: 8/21/03

_____
KARON V. JOHNSON
Assistant U.S. Attorney

-2-

Case 1:03-cv-00026   Document 3   Filed 08/22/2003   Page 2 of 2