$7,084.MT2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 502-A, Pacific News Building
238 Archbishop Flores Street
Agana, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$7,084.00 UNITED STATES CURRENCY,<br><br>Defendant. | CIVIL CASE NO. 03-00026<br><br>UNITED STATES SECOND REQUEST FOR MOTION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER; AND EXTEND DATELINE DATES REGARDING SCHEDULING ORDER AND DISCOVERY PLAN |

COMES NOW the United States and requests this Honorable Court to continue the Scheduling Conference currently scheduled for October 30, 2003. On August 21, 2003, the Court issued an order directing the government "and all pro se litigants that have appeared in the case" to file proposed scheduling orders and discovery plans by September 24, 2003. The United States makes this motion because there are no other litigants as of this date. This is an uncontested forfeiture of abandoned monies found in a hotel room where drug trafficking occurred. No one came forward to claim ownership of this money, either at the time it was seized or at any time thereafter. Three notices concerning the forfeiture have already been published. The publication dates of the notices of forfeiture were September 13, 2003, September 20, 2003 and September 27, 2003. Given that whoever comes forward to claim this

-1-

money will also be admitting to drug trafficking, it is highly unlikely that anyone will do so. The last date for any claimant to file a claim is October 27, 2003.

Accordingly, the government requests that the court continue this order pending the last date for a claim to be filed. If a claimant files a claim and answer pursuant to Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, the government will then request this Honorable Court to file a new scheduling order. Otherwise, the government will be moving for default judgment and forfeiture as otherwise provided by law.

RESPECTFULLY SUBMITTED this __23rd__ day of October, 2003.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

### * * * ORDER * * *

**IT IS HEREBY ORDERED** that the Scheduling Conference scheduled for 3:00 p.m. on October 30, 2003 is hereby rescheduled to __November 12__, 2003 at __3:00__ pm.

**IT IS FURTHER ORDERED** that a proposed Scheduling Order and a proposed Discovery Plan shall be filed no later than __November 5,__ 2003.

OCT 27 2003
DATED

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
OCT 23 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-