$7,084.MFO

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 03-00026 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE** |
| $7,084.00 UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Leonardo M. Rapadas, United States Attorney for the Districts of Guam and the NMI, and Karon V. Johnson, Assistant United States Attorney for the District of Guam, to respectfully move this Honorable Court for a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. That on September 2, 2003, a Preliminary Order of Forfeiture was filed with this Court.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

-1-

3. That the last day for any claimant to file a claim was October 27, 2003.

4. The United States published a Legal Notice, in compliance of notification of the Court's Preliminary Order of Forfeiture, in the Pacific Daily News, a newspaper of general circulation on September 13, 2003, September 20, 2003 and September 27, 2003. Said published Legal Notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

5. No other third party has made a claim to or declared any interest in the above-described forfeited property.

**WHEREFORE**, the United States moves this Court for a Final Order of Forfeiture declaring the defendant $7,084.00 in United States Currency forfeited as to all parties and vesting full right, title and interest in the defendant $7,084.00 United States Currency in the United States and directing the United States Marshal to dispose of the defendant real property according to law.

Respectfully submitted this 28th day of October, 2003.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

By:    */s/ Karon V. Johnson*
        KARON V. JOHNSON
        Assistant U.S. Attorney