$7084.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 24 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00026 |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| $7,084.00 UNITED STATES CURRENCY, | |
| Defendant. | |

**WHEREAS**, on September 2, 2003, this Court entered a Preliminary Order of Forfeiture forfeiting the defendant $7,084.00 United States Currency to the United States of America;

**AND WHEREAS**, on September 13, 2003, September 20, 2003 and September 27, 2003, the United States published in a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

**AND WHEREAS**, the Court has been advised that no such petitions have been filed.

Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with the law;

-1-

It is further **ORDERED, ADJUDGED and DECREED**:

That pursuant to Title 21, United States Code, Section 853(n), that the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**a) Seven Thousand Eighty-Four Dollars ($7,084.00) United States Currency.**

That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshals management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshal Service.

DATED this 24th day of November, 2003.

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

Notice is hereby given that this document was entered on the docket on 11/24/03. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 11/24/03
Deputy Clerk      Date

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

**RECEIVED**
OCT 28 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-